JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ALFRED C. LOMBARDELLI, | ) CV 14-7245-ODW (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| A.M. GONZALES, Warden, | ) |
| Respondent. | ) |

    Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: January 23, 2015

                                     OTIS D. WRIGHT, II
                             UNITED STATES DISTRICT JUDGE